UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RHKIDS, LLC., <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br> CASTLE & COOKE MORTGAGE SERVICES, LLC, ELKHORN COMMUNITY ASSOCIATION; and JPMORGAN CHASE BANK, N.A., <br><br>　　　　　　　Defendants. | Case No. 2:17-cv-01907-MMD-PAL <br><br> ORDER |

The Petition for Removal in this action was filed on July 12, 2017. (ECF No. 1.) The Court issued a notice of intent to dismiss Castle & Cooke Mortgage Services, LLC and Elkhorn Community Association pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by November 17, 2017. (ECF No. 20.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Castle & Cooke Mortgage Services, LLC and Elkhorn Community Association are dismissed without prejudice.

DATED THIS 28th day of December 2017.

　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE